NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINKEDIN CORPORATION,**
*Appellant*

**v.**

**EBUDDY TECHNOLOGIES B.V.,**
*Appellee*

---

2023-2370, 2023-2371

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00164 and IPR2022-00165.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of LinkedIn Corporation's unopposed motion to voluntarily dismiss these appeals pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeals are dismissed.

2       LINKEDIN CORPORATION v. EBUDDY TECHNOLOGIES B.V.

(2)  Each side shall bear its own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

January 26, 2024
Date

ISSUED AS A MANDATE:  January 26, 2024